IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA SHULER,

        Plaintiff,                    No. CIV 2:10-cv-2149-GEB-JFM (PS)

    vs.

TODD P. ELIZALDE STATE FARM
INSURANCE AGENCY, et al.,

        Defendants.            <u>ORDER</u>

                           /

        Plaintiff is proceeding in this action pro se. Plaintiff seeks to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted;

      2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 11, 2010.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

      a. One completed summons;

      b. One completed USM-285 form for each defendant named in the complaint; and

      c. 4 copies of the endorsed complaint filed August 11, 2010.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

      5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: August 30, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;shul2149.ifpgrant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV-S- |
| vs. | |
|  | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____  completed summons form

    ____  completed USM-285 forms

    ____  copies of the complaint

DATED:

_____
Plaintiff