IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA SHULER,

        Plaintiff,                No. CIV 2:10-cv-2149-GEB-JFM (PS)

    vs.

TODD P. ELIZALDE STATE FARM
INSURANCE AGENCY, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 18, 2010.

                                    UNITED STATES MAGISTRATE JUDGE

/014;shul2149.59